PAGE ROCKETT V. THE STATE.

No. 18369.   Delivered May 20, 1936.
Rehearing Denied June 17, 1936.

The opinion states the case.

*Frank Judkins,* of Eastland, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is rape; penalty assessed at confinement in the penitentiary for five years.

The indictment contains three counts. The first count, charging rape by force, was submitted to the jury.

That the appellant had sexual intercourse with the prosecutrix is well settled by the evidence. The only controverted question was whether the act was committed by force or with the consent of the prosecutrix. That issue was submitted to the jury in an appropriate charge against which no objections were addressed.

The record is before this court without bills of exception.

The sufficiency of the evidence, while somewhat conflicting, is not deemed open to debate.

The judgment is affirmed.

*Affirmed.*

### ON MOTION FOR REHEARING.

KRUEGER, JUDGE.—In his motion for rehearing appellant renews his contention that the evidence is insufficient to justify his conviction. A careful review of the statement of facts has failed to convince us that we were in error in our original opinion in holding the evidence sufficient. Hence the motion for rehearing is overruled.

*Overruled.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.